United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HELM, et al.,

    Plaintiffs,

v.

ALDERWOODS GROUP INC, et al.,

    Defendants.
                               /

No. C 08-01184 JSW

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

    Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above captioned case is referred to Judge Susan Illston to determine whether it is related to *Bryant, et al. v. Alderwoods Group, Inc., et al.*, Case No. 07-5696 SI.

**IT IS SO ORDERED.**

Dated: March 13, 2008

                                                                          JEFFREY S. WHITE
                                                                          UNITED STATES DISTRICT JUDGE

cc:    Judge Susan Illston