Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

(Additional Counsel for Plaintiffs on the following page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAUDE BRYANT, et al., On behalf of themselves and all employees similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SERVICE CORPORATION INTERNATIONAL , et al., <br><br> Defendants. <br><br><br> WILLIAM HELM, et al. On behalf of themselves and all employees similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALDERWOODS GROUP, INC., et al. <br><br> Defendants. | Case Nos. C 08-1190-SI, C 08-1184-SI <br><br> STIPULATION OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND NOTICE OF APPEARANCE OF NEW COUNSEL |

PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby substitute one of their counsel and attorneys of record as in this matter as follows:

Former Counsel:     Rosen, Bien and Galvan, LLP

10/23/2008 14:06 FAX 415 433 7104     ROSEN BIEN GALVAN                    ☒003
Oct-14-08   08:18am   From-BURNHAM BROWN                    +510 835 6666      T-016  P.004/006  F-164

Case 3:08-cv-01190-SI   Document 104   Filed 10/24/2008   Page 2 of 4

1 | Sanford Jay Rosen
  | Maria V. Morris
  | Lori E. Rifkin
2 | 315 Montgomery Street, Tenth Floor
  | San Francisco, CA  94104
3 | (415) 433-6830

4 | New Counsel:     Burnham Brown
  |                  Robert M. Bodzin
5 |                  P.O. Box 119
  |                  Oakland, California 94604-0119
6 |                  (510) 444-6800

7 | PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON

8 | LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

9 |

10 | DATED:  October 23, 2008              ROSEN, BIEN & GALVAN, LLP
11 |
12 |                                       By
13 |                                       Sanford Jay Rosen, State Bar No. 62566
   |                                       Maria V. Morris, State Bar No. 223903
14 |                                       Lori E. Rifkin, State Bar No. 244081
15 |                                       315 Montgomery Street, Tenth Floor
   |                                       San Francisco, CA  94104
16 |                                       Telephone: (415) 433-6830
17 | DATED:  October 23, 2008              BURNHAM BROWN
18 |
19 |                                       By
20 |                                       Robert M. Bodzin, State Bar No. 201327
   |                                       P.O. Box 119
21 |                                       Oakland, CA  94604-0119
   |                                       Telephone: (510) 444-6800
22 |
23 |
24 |
25 |
26 |
27 |
28 |

STIP OF SUBSTITUTION OF COUNSEL FOR         2    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL.

1    Additional Counsel for Plaintiffs

2    J. Nelson Thomas, NY Attorney No. 2579159
     Patrick J. Solomon, NY Attorney No. 2716660
3    Annette Gifford, NY Attorney No. 4105870
     DOLIN, THOMAS & SOLOMON LLP
4    693 East Avenue
     Rochester, NY 14607
5    Telephone: (585) 272-0540
     Facsimile: (585) 272-0574
6
     Charles H. Saul, PA State Bar No. 19938
7    MARGOLIS EDELSTEIN
     525 William Penn Place, Suite 3300
8    Pittsburgh, PA 15219
     Telephone: (412) 281-4256
9    Facsimile: (412) 642-2380

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP OF SUBSTITUTION OF COUNSEL FOR     4    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

1     PURSUANT TO STIPULATION
      IT IS SO ORDERED
2

3     DATED: October ___, 2008

4                      HONORABLE SUSAN ILLSTON
                     UNITED STATES DISTRICT COURT

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28