1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone      (916) 797-3100
   Facsimile      (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC., PAUL HOUSTON
   SERVICE CORPORATION INTERNATIONAL,
7  SCI FUNERAL AND CEMETERY PURCHASING
   COOPERATIVE, INC., SCI EASTERN MARKET
8  SUPPORT CENTER, L.P., SCI WESTERN MARKET
   SUPPORT CENTER, L.P., and SCI HOUSTON
9  MARKET SUPPORT CENTER, L.P.

10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14 WILLIAM HELM, DEBORAH PRISE,          ) No.  CV 08-01184 SI
   HEATHER P. RADY, et al., on behalf of  )
15 themselves and all other employees and former )
   employees similarly situated,          )   **[PROPOSED] ORDER CONTINUING
16                                        )   DATE FOR CASE MANAGEMENT
                                          )   CONFERENCE**
17             Plaintiffs,                )
                                          )
18        vs.                             )
                                          )
19 ALDERWOODS GROUP, INC., PAUL A.        )
   HOUSTON, SERVICE CORPORATION           )
20 INTERNATIONAL, SCI FUNERAL AND         )
   CEMETERY PURCHASING                    )
21 COOPERATIVE, INC., SCI EASTERN         )
   MARKET SUPPORT CENTER, L.P., SCI       )
22 WESTERN MARKET SUPPORT CENTER,         )
   L.P., a/k/a SCI WESTERN MARKET         )
23 SUPPORT CENTER, INC., and SCI          )
   HOUSTON MARKET SUPPORT CENTER,         )
24 L.P.                                   )
                                          )
25                                        )
                                          )
26             Defendants.                )
                                  _____)
27

28 [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE
                                     1

   Case No.:  CV 08-01184 SI

1

2          Pursuant to the Stipulation of counsel and good cause appearing, the July 29, 2009 date for

3    the Case Management Conference in this matter is hereby vacated and the Case Management

     Conference is continued to Friday, September 25, 2009 at 3:00 p.m. in Department 10 of this

4    Court.

5          **IT IS SO ORDERED.**

6

7

8    Dated:_____                    _____
                                                     Honorable Susan Illston
9                                                    United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE
                                              2

     Case No.:  CV 08-01184 SI