1

2

3

4          IN THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6   CLAUDE BRYANT, et al.,                    No. C 08-1190 SI
                                              Related Case: No. C 08-1184 SI
7              Plaintiffs,
                                              **ORDER TO SHOW CAUSE WHY**
8   v.                                        **ORGANIZATIONAL CHART SHOULD**
                                              **NOT BE FILED WITHOUT SEAL**
9   SERVICE CORPORATION
    INTERNATIONAL, et al.,
10
               Defendants.
11                                    /
12

13         After the May 29, 2009 hearing on defendants' motion to dismiss for lack of personal

14   jurisdiction, defense counsel provided five charts to assist the Court in understanding the corporate

15   structure of defendant Service Corporation International. Counsel explained in a letter dated June 4 that

16   four of the charts (bates numbered SCI (BRY) 00411-14) have been produced to plaintiffs in discovery

17   and that counsel prepared the fifth chart (which does not have a bates number) for the Court after the

18   May 29 hearing. Defense counsel request that if the fifth chart is made part of the record in this case,

19   it be filed under seal. The Court finds that the fifth chart should be included in the record. It is not

20   evident to the Court, however, why it should be filed under seal. **Defense counsel shall file a**

21   **declaration within five days of the filing of this order explaining why this document should not**

22   **be filed in the public record.** If defense counsel opts not to file a declaration, the Court shall direct

23   the clerk to file and docket the fifth chart on the public docket.

24         **IT IS SO ORDERED.**

25   Dated: July 27, 2009

26                                            _____
                                             SUSAN ILLSTON
27                                           United States District Judge

28