1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 WILLIAM HELM, DEBORAH PRISE,           )   CASE NO.  3:08-CV-01184 SI
   HEATHER P. RADY, et al., on behalf of  )
12 themselves and all other employees and former )
   employees similarly situated,          )
13                                        )   **[PROPOSED] ORDER EXTENDING**
                    Plaintiffs,           )   **TIME TO SUBMIT RESPONSIVE AND**
14                                        )   **REPLY BRIEFING**
   v.                                     )
15                                        )
   ALDERWOODS GROUP, INC.,                )
16                                        )
                    Defendant.            )
17                                        )
   _____)
18
        Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders
19
   as follows:
20
        1.    Plaintiffs' response to Defendant's Motion to Sever Misjoined Plaintiffs Pursuant to
21
   FRCP 21 shall be filed and served no later **Monday, May 17, 2010**; and further,
22
        2.    Defendant's reply to that motion shall be filed and served no later than **Monday,**
23
   **May 24, 2010**.
24

25

26

27

28

   [PROPOSED] ORDER EXTENDING TIME                    CASE NO.:  3:08-CV-01184 SI
                                        1

| | |
|---|---|
| IT IS SO ORDERED: | Honorable Susan Illston<br>United States District Court<br><br>_____ |

AGREED TO:

| | |
|---|---|
| By: /s/ Annette Gifford<br>    J. Nelson Thomas (*pro hac vice*)<br>    Patrick J. Solomon (*pro hac vice*)<br>    Annette Gifford (*pro hac vice*)<br>    THOMAS & SOLOMON LLP<br>    693 East Avenue<br>    Rochester, NY  14607<br>    Telephone:  585-272-0540<br>    Facsimile:  585-272-0574<br><br>    Robert M. Bodzin, State Bar No. 201327<br>    BURNHAM BROWN<br>    P.O. Box 119<br>    Oakland, CA 94604<br>    Telephone: (510) 835-6833<br>    Facsimile:  (510) 835-6666<br><br>    Charles H. Saul (*pro hac vice*)<br>    MARGOLIS EDELSTEIN<br>    525 William Penn Place<br>    Suite 3300<br>    Pittsburgh, PA 15219<br>    Telephone:  412-281-4256<br>    Facsimile:  412-642-2380<br><br>    Counsel for Plaintiffs | By: /s/ John A. Mason<br>    Steven H. Gurnee<br>    Nicholas P. Forestiere<br>    John A. Mason<br>    GURNEE & DANIELS LLP<br>    2240 Douglas Blvd, Suite 150<br>    Roseville, CA 95648<br>    Telephone:  916-797-3100<br>    Facsimile:  916-797-3131<br><br>    Counsel for Defendant |