1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 WILLIAM HELM, DEBORAH PRISE,           ) CASE NO.  3:08-CV-01184 SI
   HEATHER P. RADY, et al., on behalf of  )
12 themselves and all other employees and former )
   employees similarly situated,          )
13                                        ) **[PROPOSED] ORDER CONTINUING**
                  Plaintiffs,             ) **CASE MANAGEMENT CONFERENCE**
14                                        )
   v.                                     )
15                                        )
   ALDERWOODS GROUP, INC.,                )
16                                        )
                  Defendant.              )
17                                        )
                                          )
18                                        )
                                          )
19 _____)

20     Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21 follows:

22     1.    The date for the further Case Management Conference, previously set for July 30,

23 2010 is moved to **September 10, 2010 at 3:00 p.m.**

24

25

26

27

28
   [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                                         1

   Case No.:  3:08-CV-01184 SI

1  **IT IS SO ORDERED:**

2

3                                                                 ———————————————————
                                                                    Honorable Susan Illston
4                                                                    United States District Court

5  **AGREED TO:**

6  Dated: July 21, 2010

7

8

9  By:  /s/ Sarah Cressman                              By:  /s/ John A. Mason
       J. Nelson Thomas (*pro hac vice*)                     Steven H. Gurnee
10     Patrick J. Solomon (*pro hac vice*)                   Nicholas P. Forestiere
       Annette Gifford (*pro hac vice*)                      John A. Mason
11     Sarah Cressman (*pro hac vice)*                       GURNEE & DANIELS LLP
       THOMAS & SOLOMON LLP                                  2240 Douglas Blvd, Suite 150
12     693 East Avenue                                       Roseville, CA 95648
       Rochester, NY  14607                                  Telephone:  916-797-3100
13     Telephone:  585-272-0540                              Facsimile:  916-797-3131
       Facsimile:  585-272-0574
14
                                                             Counsel for Defendant
15     Robert M. Bodzin, State Bar No. 201327
       BURNHAM BROWN
16     P.O. Box 119
       Oakland, CA 94604
17     Telephone: (510) 835-6833
       Facsimile:  (510) 835-6666
18
       Charles H. Saul (*pro hac vice*)
19     Liberty J. Weyandt (*pro hac vice*
       *pending*)
20     Kyle T. McGee (*pro hac vice*)
       MARGOLIS EDELSTEIN
21     525 William Penn Place
       Suite 3300
22     Pittsburgh, PA 15219
       Telephone:  412-281-4256
23     Facsimile:  412-642-2380
24
25     Counsel for Plaintiffs
26
27
28
   [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                                2
   Case No.:  3:08-CV-01184 SI