```
BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com
```

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>ALDERWOODS GROUP, INC.,<br><br>          Defendant. | CASE NO.  3:08-CV-01184 SI<br><br>[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE MANAGEMENT CONFERENCE |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1.    Plaintiffs and Defendant shall attend the Case Management Conference set for **February 18, 2011 at 3:00 p.m** by telephonic appearance.

**[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE MANAGEMENT CONFERENCE**    1

Case No.:  3:08-CV-01184 SI

1  IT IS SO ORDERED:

2
3     2/11/11

4                                                          _____
                                                           Honorable Susan Illston
                                                           United States District Court
5
   AGREED TO:
6

7  By: /s/ Sarah Cressman                          By: /s/ John A. Mason
       J. Nelson Thomas (*pro hac vice*)               Steven H. Gurnee
8      Patrick J. Solomon (*pro hac vice*)             David M. Daniels
       Annette Gifford (*pro hac vice*)                John A. Mason
9      Sarah Cressman (*pro hac vice*)                 GURNEE & DANIELS LLP
10     THOMAS & SOLOMON LLP                            2240 Douglas Blvd, Suite 150
       693 East Avenue                                 Roseville, CA 95648
11     Rochester, NY  14607                            Telephone:  916-797-3100
       Telephone:  585-272-0540                        Facsimile:  916-797-3131
12     Facsimile:  585-272-0574
13                                                     Counsel for Defendant

14     Robert M. Bodzin, State Bar No. 201327
       BURNHAM BROWN
15     P.O. Box 119
       Oakland, CA 94604
16     Telephone: (510) 835-6833
       Facsimile:  (510) 835-6666
17
       Charles H. Saul (*pro hac vice*)
18     Liberty J. Weyandt (*pro hac vice pending*)
19     Kyle T. McGee (*pro hac vice*)
20     MARGOLIS EDELSTEIN
       525 William Penn Place
21     Suite 3300
       Pittsburgh, PA 15219
22     Telephone:  412-281-4256
23     Facsimile:  412-642-2380

24     Counsel for Plaintiffs

25
26
27
28
   [PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE
   MANAGEMENT CONFERENCE                                              2

   Case No.:  3:08-CV-01184 SI