1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM HELM, DEBORAH PRISE,          )   **CASE NO.  3:08-CV-01184 SI**
    HEATHER P. RADY, et al., on behalf of  )
12  themselves and all other employees and former  )
    employees similarly situated,         )
13                                         )   [~~PROPOSED~~] **ORDER CONTINUING**
                    Plaintiffs,            )   **HEARING DATE**
14                                         )
    v.                                     )
15                                         )
    ALDERWOODS GROUP, INC.,                )
16                                         )
                    Defendant.             )
17                                         )
                                           )
18                                         )
                                           )
19  ─────────────────────────────────────)

20        Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21  follows:

22        1.      The motion hearing date for Defendant's Renewed Motion to Sever Misjoined

23  Plaintiffs Pursuant to FRCP 21 shall be continued to **July 15, 2011 at 9:00 a.m.**

24

25

26

27

28

     [PROPOSED] ORDER CONTINUING HEARING DATE                                              1

     Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

1

2                        6/3/11                        _Susan Illston_

3                                                    _____
                                                     Honorable Susan Illston
                                                     United States District Court
4

5   **AGREED TO:**

6   Dated: June 2, 2011

7

8   By: /s/ J. Nelson Thomas                         By: /s/ Nicholas P. Foresteiere
        _____                      _____
9       J. Nelson Thomas (*pro hac vice*)                 Steven H. Gurnee
        Patrick J. Solomon (*pro hac vice*)               Nicholas P. Forestiere
10      Annette Gifford (*pro hac vice*)                  John A. Mason
        THOMAS & SOLOMON LLP                              GURNEE & DANIELS LLP
11      693 East Avenue                                   2240 Douglas Blvd, Suite 150
        Rochester, NY  14607                              Roseville, CA 95648
12      Telephone:  585-272-0540                          Telephone:  916-797-3100
        Facsimile:  585-272-0574                          Facsimile:  916-797-3131
13

14      Robert M. Bodzin, State Bar No. 201327           Counsel for Defendant
        BURNHAM BROWN
15      P.O. Box 119
        Oakland, CA 94604
16      Telephone: (510) 835-6833
        Facsimile:  (510) 835-6666
17

18      Charles H. Saul (*pro hac vice*)
        Liberty J. Weyandt (*pro hac vice*)
19      Kyle T. McGee (*pro hac vice*)
        MARGOLIS EDELSTEIN
20      525 William Penn Place
        Suite 3300
21      Pittsburgh, PA 15219
        Telephone:  412-281-4256
22      Facsimile:  412-642-2380

23

24      Counsel for Plaintiffs

25

26

27

28

    [PROPOSED] ORDER CONTINUING HEARING DATE                                    2

    Case No.:  3:08-CV-01184 SI