1  STEVEN H. GURNEE, ESQ. SB# 66056
   NICHOLAS P. FORESTIERE, ESQ. SB#125118
2  JOHN A. MASON, ESQ. SB# 166996
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone      (916) 797-3100
   Facsimile      (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | WILLIAM HELM, DEBORAH PRISE,           ) No.  CV 08-01184 SI
12 | HEATHER P. RADY, et al., on behalf of  )
   | themselves and all other employees and former )
13 | employees similarly situated,          ) [~~PROPOSED~~] ORDER CONTINUING
   |                                        ) DATE FOR CASE MANAGEMENT
14 |                    Plaintiffs,         ) CONFERENCE
   |                                        )
15 |       vs.                              )
   |                                        )
16 | ALDERWOODS GROUP, INC.,                )
   |                                        )
17 |                    Defendants.         )
18 |_____)

19      Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as
20 follows:

21

22      1.     The date for the further Case Management Conference in this matter, previously set
23 for July 15, 2011, is continued to **September 23, 2011 at 3:00 p.m.**
24

25 ////

26

27 ////

28

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE
MANAGEMENT CONFERENCE**                                                                1
Case No.:  CV 08-01184 SI

**IT IS SO ORDERED:**

Dated: 7/25/11

*[Signature: Susan Illston]*

Honorable Susan Illston
United States District Court

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE**
Case No.: CV 08-01184 SI

2